EDWARD DAVIS, PLAINTIFF, v. PUBLIC SERVICE RAIL-
WAY COMPANY, DEFENDANT.

Decided November 7, 1923.

### Negligence—Evidence Relating to Damages—Measure of Damages.

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiff, *Alexander M. MacLeod* and *Ward &
McGinnis.*

For the defendant, *Leonard J. Tynan.*

PER CURIAM.

The suit in this case was brought to recover damages for
personal injuries. The trial resulted in a verdict for the
plaintiff for $7,500.

The defendant obtained a rule to show cause and writes
down three reasons for a new trial.

The plaintiff was injured on East 33d street, Paterson,
on May 3d, 1921. As a one-man trolley car passed by a
standing automobile, the front door flew open, the steps
dropped and in consequence the car crashed into the side of
the automobile severely injuring the plaintiff, who was stand-
ing by the side of the automobile.

The liability of the defendant company is conceded. It is
argued, however, the damages are excessive and it was error
to permit the plaintiff to testify as to his income before and
after the accident. This was proper under such cases as
*Bartow* v. *Erie Railroad Co.,* 73 *N. J. L.* 12; *Robinowitz* v.
*Hawthorne,* 89 *Id.* 308.

We think the damages assessed by the jury are not excessive
under the evidence.

The rule to show cause is discharged, with costs.